1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   TONYA LYSHON GIBSON,                )   Case No. ED CV 11-795-PJW
                                         )
11                   Plaintiff,          )
                                         )   J U D G M E N T
12            v.                         )
                                         )
13   MICHAEL J. ASTRUE,                  )
     COMMISSIONER OF THE                 )
14   SOCIAL SECURITY ADMINISTRATION,     )
                                         )
15                   Defendant.          )
                                         )

16

17        In accordance with the Memorandum Opinion and Order filed

18   herewith,

19        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20   the Social Security Administration is reversed and the case is

21   remanded for further proceedings consistent with the Memorandum

22   Opinion and Order.

23

          DATED: September 28, 2012

24

25

26                                  _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

27

28   S:\PJW\Cases-Soc Sec\GIBSON, 795\Judgment.wpd